RFK&D No. 240-1105

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARK BIROSHAK, et al., | : | Case No. C-1-01-0300 |
| | : | |
| Plaintiffs, | : | Judge Weber |
| | : | |
| v. | : | |
| | : | |
| THE CITY OF HAMILTON, OHIO, et al., | : | **NOTICE TO TAKE DEPOSITIONS** |
| | : | |
| Defendants. | : | |

Notice is hereby given that counsel for Defendants, the City of Hamilton, Neil Ferdelman, and individual City of Hamilton Police Officers, will take the depositions of Plaintiffs on Thursday, September 4, 2003, beginning at 9:30 a.m. at the offices of Rendigs, Fry, Kiely & Dennis, L.L.P., One West Fourth Street, Suite 900, Cincinnati, Ohio 45202. The time for each deposition is set forth on Exhibit "A" attached hereto.

Said depositions shall be as if upon cross-examination before a notary public.

/s/ *Wilson G. Weisenfelder, Jr.*
Wilson G. Weisenfelder, Jr. (#0030179)
RENDIGS, FRY, KIELY & DENNIS, LLP
One West Fourth Street, Suite 900
Cincinnati, OH 45202
(513) 381-9292
(513) 381-9206 - Facsimile

Trial Attorney for Defendants, The City of
 Hamilton, Neil Ferdelman, and Individual
 City of Hamilton Police Officers

-2-

## **EXHIBIT A**

| | | |
|---|---|---|
| Mark Biroshak | - | 9:30 a.m. |
| Mary Biroshak | - | 10:30 a.m. |
| Acacia Lipps | - | 1:00 p.m. |
| Paige Evans | - | 2:00 p.m. |

348616.1