**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MARK BIROSHAK, et al., | : | Civil No. C-1-01-300 |
| | : | Senior Judge Weber |
| Plaintiffs, | : | |
| | : | |
| v. | : | **AGREED ORDER TO EXTEND** |
| | : | **DISPOSITIVE MOTION DATE** |
| CITY OF HAMILTON, et al., | : | |
| | : | |
| Defendants. | : | |

WHEREAS, by order dated May 21, 2003, the Court ordered that the dispositive motion deadline in this lawsuit shall be October 31, 2003; and

WHEREAS, all parties to this lawsuit request that the dispositive motion deadline in the lawsuit be extended to November 21, 2003;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the dispositive motion date in this lawsuit is extended to November 21, 2003. All other dealines in this case shall remain the same.

Done this __29th__ day of October, 2003.

　　　　　　　　　　　　　　　　　　S/Herman J. Weber
　　　　　　　　　　　　　　　　　　HERMAN J. WEBER
　　　　　　　　　　　　　　　　　　Senior United States District Judge

<u>s/Scott T. Greenwood</u>
SCOTT T. GREENWOOD (0042558)
Greenwood & Associates
One Liberty House
P.O. Box 5440
Cincinnati, OH 45254-0400
(513) 943-4200
(513) 943-4800 (Fax)
Counsel for Plaintiff


<u>s/Wilson G. Weisenfelder, Jr.</u>
WILSON G. WEISENFELDER, JR. (0030179)
Rendigs, Fry, Kiely & Dennis, LLP
900 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202-3685
(513) 381-9292
(513) 381-9206 (Fax)
Counsel for City of Hamilton Defendants


<u>s/Jack C. McGowan</u>
JACK C. MCGOWAN (0005619)
Jack C. McGowan & Associates
246 High Street
Hamilton, OH 45011
(513) 844-2000
(513) 868-1190 (Fax)
Counsel for Butler County Defendants


<u>s/Gerald F. Kaminski</u>
GERALD F. KAMINSKI (0012532)
Assistant U.S. Attorney
221 East Fourth Street
Suite 400
Cincinnati, OH 45202
(513) 684-3711
(513) 684-6972 (Fax)
Counsel for Federal Defendants