**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MARK BIROSHAK, et al., | : | Civil No. C-1-01-300 |
| | : | Senior Judge Weber |
| Plaintiffs, | : | |
| | : | |
| v. | : | **AGREED ORDER TO EXTEND** |
| | : | **DISPOSITIVE MOTION DATE** |
| CITY OF HAMILTON, et al., | : | |
| | : | |
| Defendants. | : | |

WHEREAS, by order dated May 21, 2003, the Court ordered that the dispositive motion deadline in this lawsuit shall be October 31, 2003; and

WHEREAS, all parties to this lawsuit request that the dispositive motion deadline in the lawsuit be extended to December 5, 2003;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the dispositive motion date in this lawsuit is extended to December 5, 2003.  All other deadlines in this case shall remain the same.

Done this ___20___ day of November, 2003.


                        S/Herman J. Weber
                        HERMAN J. WEBER
                        Senior United States District Judge

s/Scott T. Greenwood
SCOTT T. GREENWOOD (0042558)
Greenwood & Associates
One Liberty House
P.O. Box 5440
Cincinnati, OH 45254-0400
(513) 943-4200
(513) 943-4800 (Fax)
Counsel for Plaintiff


s/Wilson G. Weisenfelder, Jr.
WILSON G. WEISENFELDER, JR. (0030179)
Rendigs, Fry, Kiely & Dennis, LLP
900 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202-3685
(513) 381-9292
(513) 381-9206 (Fax)
Counsel for City of Hamilton Defendants


s/Jack C. McGowan
JACK C. MCGOWAN (0005619)
Jack C. McGowan & Associates
246 High Street
Hamilton, OH 45011
(513) 844-2000
(513) 868-1190 (Fax)
Counsel for Butler County Defendants


s/Gerald F. Kaminski
GERALD F. KAMINSKI (0012532)
Assistant U.S. Attorney
221 East Fourth Street
Suite 400
Cincinnati, OH 45202
(513) 684-3711
(513) 684-6972 (Fax)
Counsel for Federal Defendants