```
 1              UNITED STATES DISTRICT COURT

 2               SOUTHERN DISTRICT OF OHIO

 3                   WESTERN DIVISION

 4

 5   MARK BIROSHAK, et al.,      :

 6           Plaintiffs,         :

 7                               :

 8      vs.                      : Case No.: C-1-01-0300

 9   THE CITY OF HAMILTON, et al.,:

10           Defendants.         :

11

12

13               * * * * * * * * *

14   DEPONENT:    MARK BIROSCHAK

15   DATE:        SEPTEMBER 4, 2003

16               * * * * * * *

17

18   TERESA A. MOORE,

19   COURT REPORTER

20

21

22

23         BARLOW REPORTING & VIDEO SERVICES
                  333 Madison Avenue
24           Covington, Kentucky  41011
                   (859) 261-8440
25
```



```
 1      Q    Now, going back about four years ago, back
 2 on May 17th, 1999, who lived there at that time?
 3      A    Mary --
 4      Q    And you?
 5      A    -- and myself.
 6      Q    Anyone else?
 7      A    No.
 8      Q    So the people that constitute the
 9 household at that address, that has not changed in
10 the last four years?
11      A    No.
12      Q    Now, who is Joseph Blankenship?
13      A    Mary's son.
14      Q    How old is he?
15      A    I'm not exactly sure.
16      Q    Approximate?
17      A    About 32.
18      Q    Where'd you live before the Vine Street
19 address?
20      A    I lived on Heaton Street, but I don't
21 remember the number.  I think it was 921.  It was
22 next door to you, when we lived --
23           MS. GOOD:  Should I answer?
24           MR. GREENWOOD:  No.
25 BY MR. WEISENFELDER:
```