```
 1        Q    That was it?
 2        A    Yes.
 3        Q    What time did the raid take place?
 4        A    Early in the morning, real early.
 5        Q    Give me an approximate time.
 6        A    Daylight.
 7        Q    It was daylight?
 8        A    It was -- had just been started to
 9   becoming daylight.
10        Q    So, back in May --
11        A    You could see, but it was probably in the
12   early --
13        Q    You're talking 5:30, 6:00?
14        A    Yes.  Yes.
15        Q    I don't want to put words in your mouth,
16   but is that --
17        A    I can't say specific time, because the sun
18   had just come up.
19        Q    It was just becoming daylight?
20        A    Just becoming day.
21        Q    How did you first become aware there was
22   something about to take place or taking place at
23   your home?
24        A    I heard gunshots, several gunshot fires.
25        Q    How many gunshots?
```

```
 1        A    It's hard to give an exact number.  I
 2   heard rapid fire.  At least four shots.  At least.
 3        Q    Were these coming from inside or outside?
 4        A    Outside, sir.
 5        Q    Now, what type of house is it at 922 Vine
 6   Street?  Can you describe it for me?
 7        A    It's a two-story house.  It has a
 8   basement.  It's a city house, it doesn't have a
 9   garage.  It's just street parking.
10        Q    How many bedrooms?
11        A    Two bedrooms.
12        Q    Are they upstairs or downstairs?
13        A    Upstairs.
14        Q    What's --
15        A    We use -- we sleep downstairs, though.  We
16   use one room as a bedroom.  It's not a bed -- it's
17   like a dining room -- or not a dining room, a living
18   room that we use as a bedroom downstairs.  Me and my
19   wife sleeping with the kids.  When they stay, they
20   sleep upstairs.
21        Q    But you and your wife sleep downstairs?
22        A    Yes.
23        Q    All the time?
24        A    Yeah, all the time.  We don't like going
25   up them steps.
```