```
1        A    Right.
2        Q    Is that right?
3        A    Yes, sir.
4        Q    Now, when you heard the four what you
5   described as rapid fire gunshots, had anyone entered
6   your home yet, any of the officers?
7        A    At that time, no.
8        Q    So, the first -- your first knowledge of
9   anything was hearing gunshots outside?
10       A    Yes, sir, and the gun coming in through
11  the house.
12       Q    Did you hear anyone knock on your door?
13       A    No, sir.
14       Q    Knock and announce?
15       A    No, sir.
16       Q    Did you hear --
17       A    I did hear an announcement.
18       Q    Okay.
19       A    But it was faint because I had the air
20  conditioner running.
21       Q    What was the announcement?
22       A    The announcements was, like, stay in your
23  house.  I did hear somebody say that on a bull horn.
24       Q    So, you heard someone saying, stay in your
25  house?
```

```
 1  least 25 minutes.
 2       Q    Now, how many actually entered your house;
 3  do you know?
 4       A    I lost count.  I lost count.  At least
 5  eight.  I mean, it was like we were Jeffrey Dahmer.
 6       Q    So, at least eight entered your house.
 7       A    Yeah.
 8       Q    They told you to freeze?
 9       A    (Nodding.)  Yeah.
10       Q    And you were in the bedroom; right?
11       A    Yes, sir.
12       Q    Were you dressed?
13       A    Yes.
14       Q    Was your wife dressed?
15       A    Yes.
16       Q    Were the children dressed?
17       A    Yes.
18       Q    Were you frisked?
19       A    Yes, sir.
20       Q    How long did that take?
21       A    It didn't take too long for them to frisk
22  us.
23       Q    Was it a pat-down search?
24       A    Yeah.
25       Q    They just patted you down?
```

```
 1   you?
 2       A    Well, they touched me for the pat-down.
 3       Q    Other than the pat-down, did anyone touch
 4   you?
 5       A    No.
 6       Q    Did anyone threaten you -- I mean, other
 7   than pointing guns at you, did anyone threaten you?
 8       A    No.
 9       Q    Other than the two flash grenades that
10   were detonated inside your home, were there any
11   other weapons that were discharged?
12       A    Yes, the rapid fire.
13       Q    That was outside, though, wasn't it?
14       A    Oh, yeah, that was outside.
15       Q    I'm talking inside your house.
16       A    No.
17       Q    Just the two flash grenades?
18       A    Two flash grenades -- well, one of them
19   was fired from the outside of the house to the
20   inside.
21       Q    Okay.
22       A    I want to make that clear.
23       Q    Right, I understand that.  What I'm
24   talking about, detonated, fired or detonated inside
25   the home.  And the one that came from the outside
```