```
 1            UNITED STATES DISTRICT COURT
 2             SOUTHERN DISTRICT OF OHIO
 3                 WESTERN DIVISION
 4
 5   MARK BIROSHAK, et al.,          :
 6           Plaintiffs,             :
                                     :
 8       vs.                         : Case No.: C-1-01-0300
 9   THE CITY OF HAMILTON, et al.,   :
10           Defendants.             :
11
12
13                 * * * * * * * *
14   DEPONENT:    MARY BIROSCHAK
15   DATE:        SEPTEMBER 4, 2003
16                 * * * * * * * *
17
18   TERESA A. MOORE,
19   COURT REPORTER
20
21
22
23        BARLOW REPORTING & VIDEO SERVICES
              333 Madison Avenue
24         Covington, Kentucky  41011
                (859) 261-8440
25
```



```
1    Q    Do you know why he was in jail?
2    A    Breaking probation, violation.
3    Q    Probation violation?
4    A    Yes.
5    Q    What was he on probation for?
6    A    Coke -- over cocaine.  He sold cocaine.
7    Q    He got caught?
8    A    Yes.
9    Q    He served a prison term for that?
10   A    No.
11   Q    He was -- got probation?
12   A    Yes.
13   Q    What was the nature of the probation
14 violation?
15   A    He was using drugs.
16   Q    Using drugs?  Now, back -- to set the time
17 frame, back in May of 1999, did your son stay with
18 you very often at the Vine Street address?
19   A    No, he had his girlfriend.
20   Q    So, he was staying with his girlfriend?
21   A    Um-hmm.
22   Q    What's her name?
23   A    Her first name's Lorie.  I don't know her
24 last name.
25   Q    What's her first name?
```