15

1        A     Lorie.

2        Q     Glory?

3        A     Lorie.

4        Q     Pardon me, I'm a little deaf.  She lives

5    in Hamilton, as well?

6        A     Yes, sir.

7        Q     Is she still his girlfriend?

8        A     No, sir.

9        Q     They've since parted company?

10       A     Yes, sir.

11       Q     So, he was staying with her.  Did he, from

12   time to time, come and stay at your house?

13       A     Sometimes, yes.

14       Q     Was that frequent, or not?

15       A     When they argued, like, once maybe a week,

16   maybe not even that much.

17       Q     So, he was an infrequent overnight guest?

18       A     Sometimes, yes.

19       Q     Before this incident back in May of '99,

20   he had lived at that residence at some point; is

21   that right?

22       A     He had another girlfriend and he lived

23   with her.  He moved in with her about nine months

24   before it happened.  But, like I said, he stayed

25   every once in a while with her, too.  If they

16

1    argued, he stayed.

2        Q    Was there a period of time where he called

3    the 922 Vine Street address home, where he actually

4    lived there?

5        A    Before he moved in with her, nine months

6    prior to that.

7        Q    About nine months before this incident?

8        A    Um-hmm.

9        Q    How long had he lived there?

10       A    Oh, from since he was 5.

11       Q    Okay.

12       A    First time he moved out was when he moved

13   out that nine months.

14       Q    Nine months.  So, before that, he lived

15   there his entire life --

16       A    Yes.

17       Q    -- from the time he was 5?

18       A    Yes.

19       Q    Now, did he have any possessions still at

20   the 922 Vine Street address, when this raid took

21   place?

22       A    Yes.

23       Q    Do you remember what types of things he

24   still had there?

25       A    No, sir.  Probably miscellaneous stuff