```
 1   like clothes and stuff like that.
 2        Q    Guns?
 3        A    No.  Joe never had no guns.
 4        Q    Didn't have a gun?
 5        A    No.
 6        Q    At the time of the raid, was he using the
 7   Vine Street address as his address?  Did he still
 8   receive mail there?
 9        A    He did receive mail there, yes.  But, on
10   the probation officer, he knew that he was living
11   with this girl, because he was friends with the
12   girl's mother.
13        Q    Okay.
14        A    So the probation officer knew that.
15        Q    Okay.  But he was still receiving mail at
16   your address?
17        A    Yes.
18        Q    Now, you were present, you were in the
19   home, when the raid occurred?
20        A    Yes, sir.
21        Q    Who else was present?
22        A    My husband, my two granddaughters, Paige
23   and Acacia.
24        Q    How did you first -- or what did you first
25   hear or see that gave you an indication that there
```

1  was something -- something going on?
2      A    Like, I was asleep.  And it --
3      Q    You were asleep?
4      A    Yes.  It was 5:30 in the morning.  I was
5  asleep.  And I heard the glass breaking.  It went
6  into the aquarium, Mark's aquarium, which was by the
7  bed.  And then I heard the gunshots.  Then, also, it
8  all was about the same time.  Then you could hear
9  the door being broke in, and then the men come
10 rushing in.
11     Q    Let's back up just a little bit.  Now,
12 your husband described your house for us.  There are
13 two bedrooms upstairs and there is a dining room
14 downstairs that you all use as a bedroom --
15     A    Um-hmm.
16     Q    -- or at least were, back in May of 1999;
17 is that true?
18     A    Yes, sir.
19     Q    At the time of the raid, it was you, your
20 husband, and Paige were in one bedroom -- or Acacia
21 was in that bedroom --
22     A    Yes.
23     Q    -- and Paige was in another room, sleeping
24 downstairs?
25     A    Yes.