19

| | | |
|---|---|---|
| 1 | Q | Do you recall anyone knocking on the door? |
| 2 | A | No, sir. |
| 3 | Q | You don't recall anyone knocking? |
| 4 | A | No, sir. |
| 5 | Q | Do you recall anyone using, for lack of a better description, a bull horn outside? |
| 7 | A | No, sir. |
| 8 | Q | You didn't hear anything? |
| 9 | A | No, sir. |
| 10 | Q | Any voices or anything from outside? |
| 11 | A | No, sir. |
| 12 | Q | So, the first clue that you had that something was going on was glass breaking, you heard a gunshot. And these are in pretty quick order; is that what you're telling me? |
| 16 | A | Yes, sir. |
| 17 | Q | Then you heard the door break in? |
| 18 | A | Yes, sir. |
| 19 | Q | How much time -- I know this may be difficult -- say, from the time you heard the glass breaking until someone entered the door, how much time are we talking about? |
| 23 | A | Maybe three seconds, about that. |
| 24 | Q | Not very long? |
| 25 | A | No. |

```
 1    Q    When you say the door breaking in, are
 2  they coming in the front door?
 3    A    Yes, sir.
 4    Q    Now, the house at 922 Vine Street, is that
 5  in your name or your husband's name, or both?
 6    A    It's in mine's and Mark's.
 7    Q    It's in both names?
 8    A    Yes.
 9    Q    Do you know if officers entered your house
10  from any other door other than the front door?
11    A    No, sir, I can't.
12    Q    What did you do when you heard these
13  sounds?
14    A    Well, we didn't have hardly time to do
15  anything.  They came running in and they said, get
16  down on the floor.  So, where I was at, I was by the
17  aquarium, so I was laying in glass and water.  And I
18  was on this, and Mark was here, and Acacia was still
19  on the bed here.
      Q    So, they told you to get on the floor.
21  Now, do you know, were these City of Hamilton
    officers?
23    A    I was so messed up, no, I don't know who
24  was who.
25    Q    You don't know who was who?
```