1  porch.  So, we go out on the porch.
2      Q    How long were you on the floor.  Did you
3  say 30 minutes?
4      A    I say 30, 40 minutes.
5      Q    But you really weren't -- didn't have any
6  means to keep track of time?
7      A    No.  But I think the reason they kept us
8  so long was because they was just cleaning up the
9  dog mess, where they had shot the dog.
10     Q    Okay.  So, after 30 or 40 minutes, what
11 happened?
12     A    They told us to go out on the porch.
13     Q    Now, did anyone frisk you or pat down, or
14 anything?
15     A    Actually, they patted down Mark.  They
16 didn't pat me down.
17     Q    They never patted you down?
18     A    No.  But they patted down Mark and they
19 found a small amount of marijuana on him.  But they
20 did pat down Mark.  I was wondering why they didn't
21 pat me then.
22     Q    Now, your husband, I believe, testified
23 that you were taken into another room and made to
24 disrobe.
25     A    No.  I'll explain that.

1   that the DEA -- was that a DEA dog or was that a
2   City of Hamilton dog?
3       A   I think it was the City of Hamilton, as
4   far as I know.
5       Q   So now you're back out on the porch;
6   right?
7       A   Yes, sir.
8       Q   Then what happened?
9       A   Then they come out and asked our name.
10  And they took everybody's name.  They took the kids'
11  name.  Then -- well, they did give us a warrant.
12      Q   You saw the warrant?
13      A   Yes, but it -- they didn't give it to us
14  until we was out on the porch, and it was only one
15  page.  And it said on it that it had other pages
16  with it, but it only was one page.
17      Q   Did you read it?
18      A   Yes, sir.
19      Q   The whole thing?
20      A   Yes, sir.
21      Q   It was a search warrant, wasn't it?
22      A   Yes, sir.
23      Q   Did it describe objects that were going to
24  be searched for within the home?
25      A   No, sir.