1  just wanted to get out of there.  I mean, I thought

2  it should have been a woman with me.

3      Q    Were you bothered by that?  I mean, you

4  said you didn't care.  But were you bothered by it?

5      A    Yes, sir.  It's not that I didn't care.  I

6  said I wanted to leave.  I wanted to get dressed and

7  just leave.

8      Q    From the time that they first -- when you

9  heard the door open, until the time you were told

10 that you could leave, how much time had elapsed?

11     A    Probably around an hour-and-a-half,

12 probably.

13     Q    Hour-and-a-half?

14     A    Probably, right around that.

15     Q    Now, initially, when they came in and you

16 were in bed, you said that there were two of them

17 there and they had rifles pointed at you; is that

18 right?

19     A    Yes, sir.

20     Q    How long did they have a weapon pointed at

21 you?

22     A    Until we left the floor.

23     Q    Until you got off the floor?

24     A    Yes, sir.

25     Q    Once you were off the floor, then you went

1    out on the porch a couple times?

2        A    When we was put on the porch, there was

3    also a guy guarding us.

4        Q    But did he have a weapon pointed at you?

5        A    To be truthful, I really don't remember.

6    But he had one in his hand.  I don't know whether it

7    was pointed at us, or not.

8        Q    But the time you do remember is when you

9    were on the floor?

10       A    Yes.

11       Q    Did any of the officers ever touch you?

12       A    No, sir.

13       Q    Did they ever threaten you?

14       A    No, sir.

15       Q    I mean, other than pointing a gun at you,

16   were there any verbal threats made?

17       A    No, sir.

18       Q    You were never handcuffed?

19       A    No, sir.

20       Q    You weren't arrested or placed under

21   arrest?

22       A    No, sir.

23       Q    Did you talk to any of the officers while

24   they were going -- I mean, did you -- at some point,

25   you said, you were there for an hour,