```
               UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF OHIO
                     WESTERN DIVISION


MARK BIROSHAK, et al.,         :

         Plaintiffs,           :

                               :

    vs.                        : Case No.: C-1-01-0300

THE CITY OF HAMILTON, et al.,  :

         Defendants.           :




               * * * * * * * * *

DEPONENT:    NEIL R. FERDELMAN

DATE:        SEPTEMBER 17, 2003

               * * * * * * * * *


TERESA A. MOORE,

COURT REPORTER




         BARLOW REPORTING & VIDEO SERVICES
                333 Madison Avenue
             Covington, Kentucky  41011
                   (859) 261-8440
```



Page 17

1 residence.
2  Q  What information did you have regarding
3 the number or type of automatic weapons believed to
4 be at the Biroschak residence?
5  A  I personally did not have that
6 information. The investigators working on the case
7 would have had that detailed information. I didn't
8 personally know.
9  Q  Do you know whether that information came
10 up through the task force from a confidential
11 informant?
12  A  No, sir, I don't.
13  Q  Did the Department take any independent
14 steps to verify the allegation that there were
15 automatic weapons at the Biroschak home?
16     MR. WEISENFELDER: Objection. Go ahead.
17  A  I personally don't have knowledge of
18 whether that occurred or did not occur.
19  Q  Were you present at any time, at the scene
20 at 922 Vine, during the execution of the warrant?
21  A  No, sir.
22  Q  What is the protocol, if any, on pointing
23 weapons at subjects during the execution of a search
24 warrant?
25  A  Our policy would allow for the use of

Page 18

1 pointing of a weapon until such time as any threat
2 has been verified as being not a threat, at any
3 time.
4  Q  At the conclusion of the determination
5 that someone is not a threat, is the weapon supposed
6 to be lowered?
7  A  Yes, sir.
8  Q  Would it violate your policy to keep a
9 weapon trained on a child?
10     MR. WEISENFELDER: Objection. Go ahead.
11  A  Again, it would be dependent on whether or
12 not there were other threats present in the room,
13 for example, or in the immediate vicinity that may
14 still be, in fact, a threat.
15  Q  Would it be consistent with Hamilton
16 policy to keep a weapon trained on an obviously
17 unarmed person?
18  A  Normally, in the context of your question,
19 no. But, again, I would think that there is a
20 consideration for the general scope of the room and
21 if, in fact, there may be other threats that are
22 present nearby.
23  Q  You'd agree with me, wouldn't you, that a
24 child sleeping in a bed is not an obvious threat?
25     MR. WEISENFELDER: Objection. Go ahead.

Page 19

1  A  On its face, no. But my experience would
2 tell me that it's important to verify that there is,
3 in fact, no one else in the bed or under the bed or
4 in an immediate vicinity that could pose a threat.
5  Q  If a child, 3-year-old child, is in a room
6 by herself unarmed, are there additional factors to
7 determine whether she presents a threat?
8  A  Yes, a thorough and complete search of her
9 room to insure that there wouldn't be an armed
10 individual or a threatening individual that could be
11 hiding that had not yet been detected.
12  Q  Do you know whether your officers
13 participated in the search at the Biroschak
14 residence as well as the securing of the premises?
15  A  Independently, at this juncture, I don't
16 recall whether or not they did.
17  Q  What type of munitions or arms does the
18 Hamilton SWAT team use?
19     MR. WEISENFELDER: At 922 Vine?
20     MR. GREENWOOD: At 922 Vine.
21  A  I don't have knowledge of the exact
22 weapons that were deployed there on that day. I
23 can't tell you specifically what they had.
24  Q  In May --
25  A  The SWAT commander will be able to.

Page 20

1  Q  In May of 1999, what types of weapons were
2 used by the SWAT team, generally? What did they
3 have available?
4  A  I'm not certain that I will include each
5 and every weapon that they have available. Normally
6 they are armed with .45 caliber semi-automatic
7 handguns. They had a variety of other
8 semi-automatic weaponry available to them.
9  Q  Does that include semi-automatic rifles?
10  A  Yes, sir.
11  Q  Do you know the caliber and the
12 manufacturer?
13  A  My recollection is that they are Benelli.
14     MR. WEISENFELDER: Scott, I may -- you're
15     certainly free to ask these. But I think there
16     are going to be others today that you're going
17     to depose today that are going to have a much
18     more intimate knowledge as to exactly what they
19     possess.
20     THE WITNESS: The SWAT commander, who is
21     right after me, will list them right off.
22 BY MR. GREENWOOD:
23  Q  And flash rounds of some sort?
24  A  Yes. They use that as a diversionary
25 device. It's not actually a weapon.