1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF OHIO

3                  WESTERN DIVISION

4

5   MARK BIROSHAK, et al.,          :

6            Plaintiffs,            :

7                                   :

8      vs.                          : Case No.: C-1-01-0300

9   THE CITY OF HAMILTON, et al., :

10           Defendants.            :

11

12

13              * * * * * * * * * * *

14   DEPONENT:      CHARLES R. STIEGELMEYER

15   DATE:          OCTOBER 15, 2003

16              * * * * * * * * * * *

17

18   TERESA A. MOORE,

19   COURT REPORTER

20

21

22

23          *BARLOW REPORTING & VIDEO SERVICES*
                 *333 Madison Avenue*
24          *Covington, Kentucky  41011*
                 *(859) 261-8440*
25

COPY

1    Q    What position did you hold on the task

2 force?

3    A    I was just a task force agent.

4    Q    Can you tell me who your peers at the same

5 level were, in that time frame?

6    A    Let me see.  There was a gentleman by the

7 name of Brett Price, Gary Peace, Timmy Shaffner, Jim

8 Lupo.  I think Dan Ryan was there.  Michael Mann.

9 Greg Conner, I think was there.  And I want to say

10 Todd Schmidt was there.  There were a couple others

11 that were -- that had come and gone in between that

12 time frame, so I'm not too sure.

13    Q    Did any agent have overall responsibility

14 for the investigation in Butler County?

15    A    I don't think I understand your question.

16    Q    Well, you'll agree with me, won't you,

17 that in May of 1999, there was a

18 multi-jurisdictional investigation into a drug ring

19 in Butler County; right?

20    A    Yes, sir, there was.

21    Q    Which agencies were involved in that

22 particular investigation?

23    A    The DEA task force, Middletown Police, the

24 Hamilton City Police, and the Butler County

25 Sheriff's Department.