1    Q    Who was being wiretapped?
2    A    McCoy Wright and Davon Rodriguez.
3    Q    Do you know who the unidentified male is
4  in this paragraph?
5    A    Not to my knowledge right at this minute.
6  I'd have to go to the tape again.
7    Q    Have you heard that particular tape?
8    A    Yes, sir, I have.
9    Q    Mr. Blankenship's name does not show up in
10  that paragraph.  Do you know whether he was the
11  person that you're referring to in paragraph 5K?
12    A    We know Mr. Blankenship obtained -- or
13  stayed at 922 Vine.
14    Q    How did you know that?
15    A    Through surveillance.  And there are
16  several other things we did.  I don't know if it was
17  through phone records.  I know it was through
18  surveillance.  And it could also have been through
19  prior contact, arrests with the Hamilton Police.
20  There were several ways we went to identify where
21  the residence of these people were staying.
22         For this specific particular time, it was
23  one of the many things that we did that identified
24  where Mr. Blankenship was staying.
25    Q    Was 922 Vine Street wiretapped?

```
 1      A    The house, itself?
 2      Q    Yes.
 3      A    No, sir.
 4      Q    What steps did you take to learn where
Mr. Blankenship stayed, where he was located?
 6      A    Through phone toll records, surveillance,
prior intelligence reports from the police
departments like Hamilton, vehicle records.  We also
did it through any type of identification that
was -- Ohio driver's license or state ID.  Like I
say, there was numerous things we went through
during this whole investigation to identify where
people lived.
14      Q    You indicated you checked with the City of
Hamilton; right?
16      A    Yes.
17      Q    Did you check with Butler County?
18      A    We could have.  I mean, these are just
normal things that we did with everybody in this
investigation.  So it's highly possible.
21      Q    All of the raids that took part as part of
this investigation were coordinated to take part in
roughly the same time frame; right?
24      A    Yes, sir.
25      Q    Is there a reason for doing it that way?
```