1  agent?
2      A    Co-case agent.
3      Q    Co-case agent?  Were the two of you in
4  charge of formulating the plans for the coordinated
5  executions of the search warrants?
6      A    Yes, sir, we were.
7      Q    How far in advance of the raid dates did
8  you begin that plan?
9      A    Let me see.  We applied -- this was filed
10 May 11th.  The executions were on the 17th, if I
11 remember.  Right?
12     MR. KAMINSKI:  Yes.
13     A    So we probably started several days prior
14 to May 11th, starting to get a rough plan together.
15     Q    Did you put together an operational plan
16 for the overall activity?
17     A    Yes, sir, I did.
18     Q    Now, the application for the search
19 warrant that you've been reviewing, to whom was this
20 shown prior to presenting it to Magistrate Judge
21 Sherman?
22     A    The United States Attorney's Office.  Bill
23 Hunt was the U.S. Attorney that was responsible for
24 this case.
25     Q    Did you show the application or the

```
 1   when they first entered the residence, yes.
 2       Q   So, at the entrance, who was in charge of
 3   that portion of the operation?
 4       A   The Hamilton Police Department SWAT team
 5   did the execution of the entry.
 6       Q   Who did the actual search, after Hamilton
 7   had secured the residence?
 8       A   It would have been the search team
 9   responsible for that address.
10       Q   Who was on the search team?
11       A   I'd have to refer back to the raid plan,
12   itself.  I don't have any recall.
13       Q   Did you instruct anybody to leave copies
14   of the search warrant with the residents of the Vine
15   Street address?
16       A   Yes, sir, that was a general order, face
17   sheet of the search warrant and the return.
18       Q   Can you tell me how the residents could
19   determine what you were looking for from the face
20   sheet of the search warrant?
21       A   I don't understand your question.
22       Q   The residents of 922 could not determine,
23   from the face sheet of the search warrant, what you
24   were looking for, could they?
25       A   No, sir, it is not spelled out there.
```