```
 1    A    -- or --
 2    Q    On 922 Vine.
 3    A    That would actually be in two phases.  The
 4  entrance part would be Hamilton Police, but the
 5  search and the investigative part would have been
 6  DEA.
 7    Q    Did you have the authority to give the go
 8  order for the entire operation, or somebody else?
 9    A    I don't think I understand your question.
10    Q    Who had the ultimate decision-making
11  authority to determine whether the raid was going to
12  proceed once people were in place?
13    A    Are we talking, again, about the entire
14  situation or 922 --
15    Q    922 Vine?
16    A    That would have been the SWAT team's call.
17    Q    If the SWAT team had had a reservation
18  about entering, the whole search would have been
19  off?
20    A    It would have been off.
21    Q    Who, at the scene, had the ability to make
22  that call?
23    A    I don't -- whoever the commander of their
24  SWAT team is.  And I'd have no clue who that was.
25    Q    What efforts did you make to determine who
```

```
 1  Sherman's signature as the person who witnessed your
 2  signature; right?
 3       A    Yes, sir.
 4       Q    Did you do this in his presence?
 5       A    Yes, sir, I did.
 6       Q    Where did that happen?
 7       A    In his chambers.
 8       Q    What time of day was it?
 9       A    It was -- I know it's time stamped on the
10  warrant.  Here it is.  4:08 p.m.
11       Q    That's when he -- did he issue and sign
12  the warrant at the same time?  Were both of these
13  documents --
14       A    Yes, sir.
15       Q    -- presented to him?
16       A    Yes, sir.
17       Q    How long were you in his presence?
18       A    A short period of time, sir.
19       Q    How many minutes?
20       A    Long enough for us to sign all these --
21  you know, we had nine warrants.  Each one had 3
22  pages to it that had to be signed.  So, 27 -- long
23  enough to sign 27 documents.
24       Q    27 documents.  And they're all roughly 7,
25  8 pages long; right?
```