```
 1              UNITED STATES DISTRICT COURT

 2               SOUTHERN DISTRICT OF OHIO

 3                    WESTERN DIVISION

 4

 5  MARK BIROSHAK, et al.,          :

 6          Plaintiffs,             :

 7                                  :

 8     vs.                          : Case No.: C-1-01-0300

 9  THE CITY OF HAMILTON, et al.,   :

10          Defendants.             :

11

12

13              * * * * * * * * * *

14  DEPONENT:    KENNETH J. ETCHISON

15  DATE:        OCTOBER 9, 2003

16              * * * * * * * * * *

17

18  TERESA A. MOORE,

19  COURT REPORTER
```

*BARLOW REPORTING & VIDEO SERVICES*
*333 Madison Avenue*
*Covington, Kentucky  41011*
*(859) 261-8440*



```
 1  district, is in Columbus, Ohio -- then it goes to
 2  special agent in charge, which is at our district
 3  office in Detroit, and then to domestic operations,
 4  and then to the administrator.
 5       Q    What region are you in?
 6       A    The Detroit Field Division.
 7       Q    Who sets policy for the operations of the
 8  Cincinnati office?
 9       A    It's uniform throughout the country.  So,
10  it would be set by the Administrator.
11       Q    Does the special -- or, I'm sorry -- the
12  resident agent in charge have the authority to
13  initiate investigations in his office?
14       A    The investigations, themselves, are
15  initiated by the agents and the task force officers.
16  But the resident agent in charge would have the
17  oversight to say, yes, this will be investigated or,
18  no, this won't be investigated.
19       Q    Do you recall a multi-jurisdictional
20  investigation in May of 1999, involving the Butler
21  County, Ohio area?
22       A    Yes, if you're referring to the Davon
23  Rodriguez investigation.  Yes.
24       Q    I am.  How did that investigation start?
25  What was the genesis?
```