1    A    It was initiated by two task force
2    officers, Charlie Stiegelmeyer, who was a -- don't
3    ask me how to spell the last name -- who was an
4    agent with the Ohio Bureau of Criminal Investigation
5    Identification, and a task force officer by the name
6    of Gary Peace, who is with the Boone County
7    Sheriff's Department --
8        MR. WEISENFELDER:  Peace?  Last name
9    Peace?
10       THE WITNESS:  Peace, P-E-A-C-E.
11   A    -- with the Boone County Sheriff's
12   Department, in Kentucky, and working in conjunction
13   with the City of Hamilton Police Department and
14   Butler County Sheriff's Department and our office.
15   Q    I understand that you wouldn't be the
16   person running this investigation on a day-to-day
17   basis.  Who would the person who was running the
18   overall investigation on a day-to-day basis be?
19   A    It would be what we're referring to as our
20   case agent.  And the case agents would be a case
21   agent and a co-case agent, would be Task Force Agent
22   Stiegelmeyer and Task Force Agent Peace.
23   Q    Both of those officers are from other
24   jurisdictions; right?
25   A    Yes.

1  Q   Okay.

2  A   But Butler County was on from another
3  perspective, and that's through the OCDETF program.
4  We have an Organized Crime and Drug Enforcement Task
5  Force.  That particular program allows us to,
6  additionally, on a temporary basis, deputize
7  individuals or work with other departments in a
8  larger investigation.

9      I'm not sure if the people from Butler
10 County were federally deputized or not, though.  I
11 just don't recall.

12 Q   Do you recall their participating in this
13 particular investigation?

14 A   Their -- their investigative involvement
15 was less than others.  But it was -- it was in their
16 territory, so they were -- they were involved to a
17 certain extent.

18 Q   Now, who made the decision to coordinate
19 the series of raids in the Rodriguez investigations?

20 A   The investigative team, which would have
21 been the investigators, myself, and the United
22 States Attorney's Office, who was supervising the
23 Title III wire intercept at the time, made the
24 decision that the evidence had been gathered to a
25 certain -- to an extent that we needed to do certain