1  search warrants.  So, it's a joint thing.  It's
2  not -- when you're working on a task force in a
3  joint investigation, there is not one person
4  standing up, this is the way it's going to be, at
5  that time.  But it was through the discussions and
6  looking at the evidence.
7      Q    Well, who would have had the authority, in
8  May of 1999, to say, yes, we do the raids, no, we
9  don't do the raids?  Was that yourself?
10     A    Well, I was involved in that.  But we
11 would have been in concert with the people that were
12 helping us in the investigation, the City of
13 Hamilton, the Bureau of BCI -- we call them Ohio
14 State BCI -- and other people involved in the
15 investigation, to think that we are to the point
16 that we need to do the search warrants.  But I was
17 involved in the decision-making process.
18     Q    Well, somebody ultimately has the
19 authority to make the decision; right?
20     A    Well, no, not one -- in an investigation,
21 when you're talking about many different people and
22 agencies, it's a joint decision.  And it was -- you
23 know, it was a team.  So, you're going to come --
24 the manager's going to come and say, now it's time
25 to do this.  The U.S. Attorney, of course, would be

```
 1  involved in that, as well.
 2       Q    If this was going to be done in the
 3  federal court system, it would involve the DEA;
 4  correct?
 5       A    Cases without federal participation are
 6  done, in this district, in federal court.  But, in
 7  this case, DEA was involved in the investigation,
 8  yes.
 9       Q    Well, you'll agree with me that the Boone
10  County officer wouldn't otherwise have the authority
11  to operate in another county, much less another
12  state?
13       A    Oh, absolutely, without federal
14  deputization.  He's in a different state, so, yes.
15       Q    So, were the search warrants that were
16  obtained obtained under your direction.
17       A    I was part of the decision-making process
18  to do the search warrants, and I agreed with the
19  decision to do the search warrants at that time
20  because the wire was -- had gathered the evidence
21  that it needed.  So, we went forward.
22       Q    I guess I'm just trying to find out, when
23  you say you're part of the decision-making process,
24  where the buck stopped.
25       A    Well, if we went along investigating as a
```