1              UNITED STATES DISTRICT COURT

2               SOUTHERN DISTRICT OF OHIO

3                  WESTERN DIVISION

4

5    MARK BIROSHAK, et al.,          :

6            Plaintiffs,             :

7                                    :

8       vs.                          : Case No.: C-1-01-0300

9    THE CITY OF HAMILTON, et al.,   :

10           Defendants.             :

11

12

13              *  *  *  *  *  *  *  *

14   DEPONENT:      MIKE MANN

15   DATE:          OCTOBER 9, 2003

16              *  *  *  *  *  *  *  *

17

18   TERESA A. MOORE,

19   COURT REPORTER

20

21

22

23         *BARLOW REPORTING & VIDEO SERVICES*
              *333 Madison Avenue*
24         *Covington, Kentucky  41011*
                *(859) 261-8440*
25



1    times.  I've worked several wires over there, and

2    they tend to become one.  But I do recall working in

3    the wire room a few times during that investigation.

4         Q    Were you ever in the wire room when there

5    was a conversation between Mr. Rodriguez and anybody

6    else, regarding the subject of weapons at the Vine

7    Street address?

8         A    Not that I recall.

9         Q    Tell me about your activities in the

10   execution of the search warrant.  What was your

11   role?

12        A    My role was as the team leader.

13   Specifically, I was in charge of collecting all

14   evidence that was retrieved at the residence.

15        Q    So, I take it that the Hamilton SWAT team

16   secured the residence for your entry; correct?

17        A    That's correct.

18        Q    Did they then exit and your team entered?

19        A    Yes.

20        Q    Were your team members all armed?

21        A    Yes.

22        Q    Who was on your team, the search team?

23        A    That, I can't recall.  I recall Gwen

24   Gregory from ATF.  I believe there was another ATF

25   agent.  And then there was officers from other