1    A    That -- that would have been what I would

2  have read to them.  It would have been the face of

3  the search warrant.

4    Q    Did you read them just page 1?

5    A    That's it.  That's all I had.

6    Q    That's all that was with you?

7    A    Yes.

8    Q    Did you leave a copy of the warrant with

9  them?

10   A    Yes, I did.

11   Q    The copy that you left with the

12  Biroschaks, was that only the first page?

13   A    Yes, it was.

14   Q    In the command portion of the warrant

15  where it tells you what you are to seize, what

16  you're to search and seize, it says, "See attached

17  affidavit" --

18   A    Correct.

19   Q    -- right?  And to know what you're

20  supposed to search and seize, you have to have the

21  affidavit; correct?

22   A    No.  I knew we were looking for drugs and

23  weapons.  And I advised them of that verbally.  I

24  did not have an affidavit to leave with them.  We

25  don't leave affidavits at the residence.

1  know whether this warrant authorized anybody to

2  search for weapons at 922 Vine?

3          MR. KAMINSKI:  Object to the question.

4      And please go ahead and answer to the best of

5      your ability.

6      A    My understanding from Charlie

7  Stiegelmeyer, the case agent, was that I was looking

8  for assault weapons and controlled substances.

9      Q    Now, tell me about the protocol that you

10  used to execute the search at the Biroschak

11  residence.  Where did your people go and what did

12  you have them look at?

13      A    They searched the entirety of the

14  residence.  I stayed primarily in the kitchen area.

15  I had cleaned off the dining -- the kitchen table

16  and utilized that as a reception area for anything

17  that they would have found to -- that was to be

18  seized.

19      Q    Did you do the inventory?

20      A    Yes.

21      Q    You left a copy of the inventory with

22  Mrs. Biroschak; right?

23      A    Yes, I did.

24      Q    Did the people under your control go to

25  all areas of the residence, including the basement?