14

1  Q    The SWAT team, when they did their
2  entrance, did they break the windows --
3  A    Yes.
4  Q    -- and the front door?
5  A    I'm sure the door was broken, yes.
6  Q    Do you know whether your people or their
7  people destroyed the fish tank?
8  A    I don't remember a fish tank that was
9  destroyed. Certainly, the -- we wouldn't have
10 destroyed that as part of a search team. And I
11 think the members that I was working with would have
12 advised me if there was some problem with a tank.
13 And I don't recall that.
14 Q    How long was the search?
15 A    A little bit over two hours, I think.
16 Q    How long was it, after the initiation of
17 the operation, until your team could go in?
18 A    It was a few minutes. And what -- the way
19 it transpired, my entry team was down the block,
20 away from the residence, when the SWAT team moved in
21 to make their entry. One of the members announced
22 on a loud speaker that they were there to execute a
23 search warrant and announcing for the people of that
24 residence to open the door, to come out, the police
25 were there. You could hear that going on up and

1  quite a number of officers, most of whom I did not
2  and do not know.
3     Q   Did you observe any Butler County
4  Sheriff's personnel as a part of the entry team?
5     A   To my knowledge, it was a Hamilton -- City
6  of Hamilton SWAT team.  And I have no other
7  knowledge what their makeup is.  I assume it's the
8  City of Hamilton Police officers.
9        MR. McGOWAN:  That's all I have.  Thank
10       you, sir.
11                    EXAMINATION
12 BY MR. WEISENFELDER:
13    Q   Mr. Mann, my name is Will Weisenfelder.
14 We were introduced shortly before your deposition.
15 I can't recite all the people I represent, but I'll
16 make the representation, it's the Hamilton SWAT
17 team, okay, the members who participated and some
18 who didn't participate.
19        Just a couple points of clarification.
20 It's your best estimate, from the time that the
21 officers entered -- the entry team entered the house
22 until it was secured and your people entered, was
23 about 10 minutes or less?
24    A   Or less, yes.  And they would have had to
25 go through the entire house to make sure that it was

```
 1  secure.  And during that time, I'm out front with
 2  the injured officer.
 3       Q    Once the house is secure and your team
 4  enters to perform the search, the SWAT team leaves?
 5       A    That's correct.
 6       Q    It does become a joint venture -- once
 7  it's secured and you enter, one part of the force
 8  leaves; is that right?
 9       A    That's correct.
10       Q    So the SWAT team, after 10 minutes or so,
11  would have vacated the premises?
12       A    And they would have -- I'm sure there were
13  members that had left prior to that 10 minutes.  So,
14  it would have been one or two remaining inside as a
15  transition.
16       Q    But within 10 minutes or so, they were all
17  gone --
18       A    Absolutely.
19       Q    -- is that true?
20       A    Yes.
21       Q    You said you took photographs?
22       A    Of the canine.
23       Q    That's what I -- you mentioned you took
24  photographs of the dog.
25       A    Yes, sir.
```