```
 1                UNITED STATES DISTRICT COURT
 2                 SOUTHERN DISTRICT OF OHIO
 3                      WESTERN DIVISION
 4
 5   MARK BIROSHAK, et al.,        :
 6            Plaintiffs,          :
 7                                 :
 8      vs.                        :  Case No.: C-1-01-0300
 9   THE CITY OF HAMILTON, et al., :
10            Defendants.          :
11
12
13               * * * * * * * * * * *
14   DEPONENT:     GREGORY EDWIN DININGER
15   DATE:         SEPTEMBER 17, 2003
16               * * * * * * * * * * *
17
18   TERESA A. MOORE,
19   COURT REPORTER
20
21
22
23        BARLOW REPORTING & VIDEO SERVICES
24              333 Madison Avenue
                Covington, Kentucky  41011
                    (859) 261-8440
25
```



Biroshak v. City of Hamilton, et al.　　CondenseIt!™　　Depo of Gregory Edwin Dininger

Case 1:01-cv-00300-HJW　Document 29-23　Filed 12/05/2003　Page 2 of 2

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2               SOUTHERN DISTRICT OF OHIO
 3                    WESTERN DIVISION
 4
 5   MARK BIROSHAK, et al.,       :
 6           Plaintiffs,          :
 7                                :
 8       vs.                      : Case No.: C-1-01-0300
 9   THE CITY OF HAMILTON, et al.,:
10           Defendants.          :
11
12
13              * * * * * * * * * *
14   DEPONENT:    GREGORY EDWIN DININGER
15   DATE:        SEPTEMBER 17, 2003
16              * * * * * * * * * *
17
18   TERESA A. MOORE,
19   COURT REPORTER
20
21
22
23         BARLOW REPORTING & VIDEO SERVICES
                 333 Madison Avenue
24            Covington, Kentucky 41011
                  (859) 261-8440
25
```

Page 2

```
 1        The deposition of GREGORY EDWIN DININGER,
 2   taken for the purpose of discovery and/or use as
 3   evidence in the within action, pursuant to notice,
 4   heretofore taken at the offices of the City of
 5   Hamilton Administrative Offices, 7th Floor
 6   Conference Room, 345 High Street, Hamilton, Ohio, on
 7   September 17, 2003, at 4:07 P.M., upon oral
 8   examination, and to be used in accordance with the
 9   Federal Rules of Civil Procedure.
10                   APPEARANCES
11   REPRESENTING THE PLAINTIFFS:
12   SCOTT T. GREENWOOD, ESQ.
13
14   REPRESENTING THE CITY OF HAMILTON DEFENDANTS:
15   WILSON G. WEISENFELDER, ESQ.
16
17   REPRESENTING THE FEDERAL DEFENDANTS:
18   GERALD F. KAMINSKI, ESQ.
19
20   REPRESENTING THE BUTLER COUNTY DEFENDANTS:
21   JACK C. MCGOWAN, ESQ.
22            * * * * * * * *
23        GREGORY EDWIN DININGER, called on behalf
24   of the Plaintiffs, after having been first duly
25   sworn, was examined and deposed as follows:
```

Page 3

```
 1            CROSS-EXAMINATION
 2   BY MR. GREENWOOD:
 3     Q  Can you state your full name for the
 4   record, please?
 5     A  Full name is Gregory Edwin Dininger.
 6     Q  Could you spell your last name for me?
 7     A  It's D, as in David, I-N-I-N-G-E-R.
 8     Q  Are you currently employed by the City of
 9   Hamilton?
10     A  Yes.
11     Q  In what capacity?
12     A  Police lieutenant.
13     Q  How long have you been a lieutenant?
14     A  Since February of 2000.
15     Q  Prior to becoming lieutenant, what rank
16   did you hold?
17     A  Police sergeant.
18     Q  How long were you a sergeant?
19     A  I was promoted in March of 1991, as
20   sergeant.
21     Q  Prior to your promotion to sergeant, did
22   you have any other ranks?
23     A  Yes, police detective.  I was promoted to
24   that rank in -- I have to go back a few years now --
25   1988, March.  And prior to that, police officer.
```

Page 4

```
 1     Q  Have you spent your whole law enforcement
 2   career in the city?
 3     A  Yes.
 4     Q  Have you ever been a member of the SWAT
 5   team?
 6     A  No.
 7     Q  As lieutenant, what's the area that falls
 8   under your supervision?
 9     A  Control Shift, C Shift.
10     Q  Did you participate in the investigation
11   of the activities that led to the execution of the
12   search warrant at 922 Vine, in May of 1999?
13     A  No, not the investigation.
14     Q  Were you present at the scene of the
15   execution of the warrant?
16     A  Yes.
17     Q  In what capacity were you present?
18     A  At the scene, I was asked by Lieutenant
19   Scrimizzi to use a bullhorn to announce the presence
20   of the SWAT team there.  And after the SWAT team had
21   made their entry, then I went in as part of the
22   search team with the DEA agents.
23     Q  How soon after your use of the bullhorn
24   was it before the team entered the residence?
25     A  That, I couldn't tell you.  I couldn't see
```