### Page 9

1  Q  After the SWAT team left the house, did
2  you enter it?
3  A  Yes, at one point we did.
4  Q  Where were the residents of the house at
5  the time that you entered the house?
6  A  I don't know where they were at, at the
7  time I entered. I don't recall seeing them when I
8  went in.
9  Q  Do you know whether they were out on the
10 porch?
11 A  I don't remember seeing them on the porch,
12 no.
13 Q  Were they still in the house?
14 A  When we left, there was a woman in a
15 nightgown, who I assumed was a resident of the
16 house. She was sitting on the couch talking to one
17 of the DEA agents.
18 Q  Did you have a designated area that was
19 yours to cover for the search?
20 A  Yes.
21 Q  What area?
22 A  It was the front of the house downstairs,
23 towards the very front part of the house.
24 Q  It was basically the room that you entered
25 when you first went through the front door?

### Page 10

1  A  No, it was -- I went through the front
2  door, and I had to turn left to go back in the front
3  of the house, as I recall.
4  Q  What was that room?
5  A  I believe it was a bedroom, bedroom area.
6  I remember it being quite cluttered.
7  Q  Was there a broken aquarium on the floor
8  with water?
9  A  There was a damaged aquarium, yes.
10 Q  Did you see any of the SWAT officers
11 covering any of the people who lived in the house?
12 A  No. No.
13 Q  I take it that they would -- that the
14 residents would be under some type of containment,
15 before you would go in to conduct the search; right?
16 A  It's reasonable to assume.
17 Q  Did you get a signal from somebody that
18 the house had been secured and it was okay for the
19 searchers to go in?
20 A  Someone told us it was okay to go in. But
21 I don't recall who.
22 Q  Which agency had overall authority for the
23 conduct of this operation, if you know?
24 A  I really couldn't say who had overall
25 authority.

### Page 11

1  Q  At the search component --
2  A  Uh-huh.
3  Q  -- it was a federal warrant; right?
4  A  As far as I know.
5  Q  Was the federal team directing the search
6  when you were inside?
7  A  Yes. Yes.
8  Q  How did they do that?
9  A  Well, there was a man taking the
10 inventory. I don't really recall the names. I
11 never met these people before, the man doing the
12 inventory -- the officer doing the inventory. I was
13 assigned a room. I don't remember who assigned me
14 the room at that point. And there were other
15 officers in various parts of the house, as far as I
16 know. I stayed in that particular area of the house
17 the whole time I was there.
18 Q  But the search was all coordinated by the
19 federal agents; right?
20 A  Yes, that's my -- yes.
21 Q  Did they provide you with a search warrant
22 to tell you what to look for?
23 A  Provide me with a search warrant?
24 Q  Yes.
25 A  No.

### Page 12

1  Q  Did you ever see the search warrant?
2  A  No, I never saw it.
3  Q  How did you know what you were looking
4  for, if you hadn't seen the warrant?
5  A  Sergeant Sigmond, the officer from
6  Hamilton PD who recruited me, told me that they'd be
7  searching for narcotics when we did do the search
8  warrant. So, that's what I assumed we would be
9  looking for.
10 Q  Was it your understanding, although you
11 had not seen the warrant, that you were authorized
12 to search the entire premises?
13 A  Yes, I would assume so.
14 Q  Did you understand -- or do you have an
15 understanding as to whether there was any
16 restriction on the scope of your search?
17 A  I was not -- I'm not aware of any. I
18 don't recall any restrictions.
19 Q  Did you see a copy of the warrant left at
20 the premises, when you departed?
21 A  No, I did not.
22 Q  Did you provide information for the
23 inventory?
24 A  Yes.
25 Q  Did you ever see the inventory?

Page 13

1  A  I may have. I don't recall seeing it
2  there. I was not doing it. No, not there.
3  Q  Was there one particular officer who was
4  tasked to conduct the inventory?
5  A  Yes, there was a DEA agent who was doing
6  the inventory.
7  Q  If you would find something, you would
8  then go to the DEA agent, who would put it into his
9  or her inventory; is that correct?
10  A  That's correct.
11  Q  Was there any other activity occurring in
12  the house, in the area where you were?
13  A  Can -- other activity?
14  Q  People being around.
15  A  Well, when I was in the house, just the
16  agents.
17  Q  How many agents participated in this
18  search?
19  A  I definitely remember three. But I
20  believe there might have been two more. I'm not
21  real sure about --
22  Q  Name the ones you can remember.
23  A  I don't -- I don't remember any names.
24  Q  Were any of them, other than yourself,
25  Hamilton PD?

Page 14

1  A  No. I was the only one that was Hamilton
2  PD.
3  Q  What areas in that front room did you
4  search?
5  A  You talking about measurement-wise?
6  Q  Well, did you open things up? Did you
7  turn things over? Did you look underneath
8  furniture?
9  A  Yes, looked underneath the furniture, any
10  clothing or any boxes, maybe any drawers of any
11  furniture, closets, anything of that nature.
12  Q  You opened everything that was there, take
13  a look at everything that was there?
14  A  As far as I recall, I did, yes.
15  Q  Were you also looking for weapons?
16  A  It seems that there was weapons mentioned.
17  But narcotics was my main --
18  Q  Your focus was the narcotics?
19  A  Yes, it was.
20  Q  Did you recover any narcotics?
21  A  I found some marijuana, a small amount.
22  Q  Personal-use quantity?
23  A  Well, it was very small. I think it's
24  reasonable to assume that, yes.
25  Q  Loose or in cigarettes?

Page 15

1  A  I'm sorry?
2  Q  Loose or in cigarettes?
3  A  It was loose. It was loose. It wasn't --
4  they were not rolled.
5  Q  Did you fill out a complaint against any
6  of the residents regarding the marijuana that you
7  found?
8  A  No, I did not.
9  Q  Was there a reason for not doing that?
10  A  None, in particular. I just gave it to
11  the inventory officer.
12  Q  The quantity of marijuana that you
13  located, what does your police department do when
14  people are found with similar quantities? Are they
15  tickets or are they misdemeanor prosecutions?
16  A  They're just misdemeanor prosecutions.
17  Q  At what stage did you learn that there had
18  been children in the building, in the home?
19  A  That there had been children in the house?
20  I don't really recall anything about children.
21  That's --
22  Q  Do you recall there ever being a
23  discussion that there were children found sleeping?
24  A  No. I can't recall anything like that,
25  no.

Page 16

1  Q  At what point in time, if any, did you
2  learn that Mr. Blankenship was being held at the
3  Butler County Jail?
4  A  I know nothing about Mr. Blankenship.
5  Q  You never knew that he was already in
6  jail?
7  A  No. I don't know about Mr. Blankenship.
8  Q  Was that ever discussed?
9  A  No, not that I recall.
10  Q  Have you ever had an opportunity to talk
11  to other people at the scene -- who were at the
12  scene, about what happened that day?
13  A  That day, probably, I talked to the
14  officers that were there.
15  Q  Other than your attorney, have you talked
16  to anybody in the police department about what
17  happened on May 17th, 1999?
18  A  That day, I talked to the officers there.
19  Q  You talked to the officers there?
20  A  Right, right.
21  Q  You did that when?
22  A  After the execution of the search warrant
23  and the search had been done.
24  Q  That's pretty common, right --
25  A  Right, yes.