AO 93 (Rev. 5/85) Search Warrant

FILED
U.S. MAGISTRATE JUDGE
MAY 11 1999
SOUTHERN DIST. OHIO
WEST DIV. CINCINNATI

## United States District Court

_____SOUTHERN_____ DISTRICT OF _____OHIO_____

In the Matter of the Search of
(Name, address or brief description of property or person to be searched)

922 VINE STREET HAMILTON, OHIO, WHITE WOOD WITH BROWN TRIM AND GREEN ROOF, 2 STORY SINGLE FAMILY DWELLING WITH THE NUMBERS "922" ON THE FRONT OF RESIDENCE, AND ALL VEHICLES AND CURTILAGES.

**SEARCH WARRANT**

CASE NUMBER: 99-105 D

TO: TFO CHARLIE STIEGELMEYER  and any Authorized Officer of the United States

Affidavit(s) having been made before me by TFO CHARLIE STIEGELMEYER who has reason to
                                                        Affiant
believe that ☐ on the person of ☒ on the premises known as (name, description and/or location)
922 VINE STREET HAMILTON, OHIO, WHITE WOOD WITH BROWN TRIM AND GREEN ROOF, 2 STORY SINGLE FAMILY DWELLING WITH THE NUMBERS "922" ON THE FRONT OF RESIDENCE, AND ALL VEHICLES AND CURTILAGES.

in the _____SOUTHERN_____ District of _____OHIO_____ there is now concealed a certain person or property, namely: (describe the person or property)

*****SEE ATTACHED AFFIDAVIT*****

I am satisfied that the affidavit(s) which is attached hereto and incorporates herein by reference and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____5/21/99_____
                                                            Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____Jack Sherman Jr_____
                                                                        U.S. Judge or Magistrate
as required by law.

5/11/99    4:08 P.M.    at    CINCINNATI, OHIO
Date and Time Issued                              City and State

Jack Sherman Jr    U.S. Magistrate Judge        [signature] Jack Sherman
Name and Title of Judicial Officer                Signature of Judicial Officer

EXHIBIT B