**RECEIPT FOR CASH OR OTHER ITEMS**

TO: (Name, Title, Address ((including ZIP CODE)), if applicable)

MARY BIROSCHAK

FILE NO. I9-99-0027

G-DEP IDENTIFIER

FILE TITLE

DATE 5/17/99

DIVISION/DISTRICT OFFICE

CINCINNATI R/O

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| (1) | BAGGIE OF MARIJUANA | |
| (1) | PHONE NUMBER | |
| $300.00 | THREE HUNDRED US CURRENCY | |
| $50.00 | FIFTY DOLLARS US CURRENCY | |
| $310.00 | THREE HUNDRED AND TEN US CURRENCY | |
| (1) | POWER HITTER w/ MARIJUANA CIGARETTE | |
| (1) | NIGHT VISION GOGGLES | |
| MISC. | ENVELOPES AND PAPERWORK | |
| (1) | BOARD - ZIG ZAG PAPERS - SMALL AMOUNT OF MARIJUANA | |
| (1) | BAGGIE w/ WHITE RESIDUE | |
| (1) | SKS ASSAULT RIFLE #P77011 | |
| (1) | REMINGTON SHOTGUN #A554500M | |
| (1) | SKS ASSAULT RIFLE #11-1528351A WITH CASE | |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)

WITNESSED BY (Signature) TFA MIKE MANN

NAME AND TITLE (Print or Type)

**EXHIBIT** 114

DEA Form - 12
(Apr. 1983)
Previous edition dated 9/77 may be used until stock is exhausted.

AO 93 (Rev. 5/85) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5-11-99 | 5-17-99 | 922 Vine St |

INVENTORY MADE IN THE PRESENCE OF

TFA M. MANN

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

[signature]

Subscribed, sworn to, and returned before me this date.

[signature]      5/20/99
U.S. Judge or Magistrate     Date