**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MARK BIROSHAK, et al., | : | Civil No. C-1-01-300 |
| | : | Senior Judge Weber |
| Plaintiffs, | : | |
| | : | |
| v. | : | **AGREED ORDER TO EXTEND** |
| | : | **DISPOSITIVE MOTION DATE** |
| CITY OF HAMILTON, et al., | : | |
| | : | |
| Defendants. | : | |

WHEREAS, by order dated May 21, 2003, the Court ordered that the dispositive motion deadline in this lawsuit shall be October 31, 2003; and

WHEREAS, all parties to this lawsuit request that the dispositive motion deadline in the lawsuit be extended to December 24, 2003;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the dispositive motion date in this lawsuit is extended to December 24, 2003.  All other deadlines in this case shall remain the same.

Done this ___17th___ day of December, 2003.

S/Herman J. Weber

HERMAN J. WEBER
Senior United States District Judge

s/Scott T. Greenwood
SCOTT T. GREENWOOD (0042558)
Greenwood & Associates
One Liberty House
P.O. Box 5440
Cincinnati, OH 45254-0400
(513) 943-4200
(513) 943-4800 (Fax)
Counsel for Plaintiff


s/Wilson G. Weisenfelder, Jr.
WILSON G. WEISENFELDER, JR. (0030179)
Rendigs, Fry, Kiely & Dennis, LLP
900 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202-3685
(513) 381-9292
(513) 381-9206 (Fax)
Counsel for City of Hamilton Defendants


s/Gerald F. Kaminski
GERALD F. KAMINSKI (0012532)
Assistant U.S. Attorney
221 East Fourth Street
Suite 400
Cincinnati, OH 45202
(513) 684-3711
(513) 684-6972 (Fax)
Counsel for Federal Defendants