**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MARK BIROSHAK, et al., | : | Civil No. C-1-01-300 |
| | : | Senior Judge Weber |
| Plaintiffs, | : | |
| | : | |
| v. | : | **FEDERAL DEFENDANTS'** |
| | : | **REQUEST FOR AN** |
| CITY OF HAMILTON, et al., | : | **EXTENSION OF TIME** |
| | : | |
| Defendants. | : | |

The federal defendants respectfully request an extension of time, until January 7, 2004, to file their summary judgment motion herein. The purpose of the extension is to afford the parties an opportunity to attempt to settle this lawsuit.

**MEMORANDUM**

Counsel for the plaintiffs has advised counsel for the federal defendant that he will present a settlement proposal this week in this lawsuit. In order to afford counsel a reasonable opportunity to attempt to resolve this matter without simultaneously litigating this matter, the federal defendants request an extension of time, until January 7, 2004, to file their summary judgment motion herein. A proposed order is attached.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/Gerald F. Kaminski
GERALD F. KAMINSKI (0012532)
Assistant United States Attorney
Attorney for Defendant
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-6972
Gerald.Kaminski @usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing FEDERAL DEFENDANTS' EXTENSION OF TIME was served on this 23RD day of December, 2003, was served electronically on: Scott T. Greenwood, Esq., and Wilson G. Weisenfelder.

s/Gerald F. Kaminski
GERALD F. KAMINKSI
Assistant U.S. Attorney