**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MARK BIROSHAK, et al., | : | Civil No. C-1-01-300 |
| | : | Senior Judge Weber |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | **ORDER** |
| CITY OF HAMILTON, et al., | : | |
| | : | |
| Defendants. | : | |

---

For good cause shown, the federal defendants are granted an extension of time, until January 7, 2004, to file their summary judgment motion herein.

All of the scheduling dates in this lawsuit are unaffected by this order.

                                                S/Herman J. Weber
                                  SENIOR JUDGE HERMAN J. WEBER