UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARK BIROSHAK, et al., | : | Civil Action: C-1-01-0300 |
| Plaintiffs, | : | Judge Weber |
| v. | : | |
| THE CITY OF HAMILTON, OHIO, et al., | : | |
| Defendants. | : | |

## ORDER DISMISSING DEFENDANTS, WENDELL S. SORRELL AND SHAWN PATER

By agreement of counsel for Plaintiffs and counsel for the Hamilton Defendants and with the express consent of the Court, the claims against Wendell S. Sorrell and Shawn Pater may be and are hereby dismissed with prejudice to future action.

IT IS SO ORDERED.

\_\_s/Herman J. Weber_____
Herman J. Weber, Senior Judge
United States District Court

/s/   Scott T. Greenwood            (per e-mail authorization of Dec. 17, 2003)
Scott T. Greenwood    (0042558)
GREENWOOD & ASSOCIATES
One Liberty House
P. O. Box 5440
Cincinnati, OH 45254-0400
(513) 943-4200
(513) 943-4800 - Facsimile
law@scottgreenwood.com

Trial Attorney for Plaintiffs

/s/    Wilson G. Weisenfelder, Jr.
Wilson G. Weisenfelder, Jr. (#0030179)
RENDIGS, FRY, KIELY & DENNIS, LLP
One West Fourth Street, Suite 900
Cincinnati, OH 45202-3688
(513) 381-9292
(513) 381-9206 - Facsimile
wgw@rendigs.com

Trial Attorney for Hamilton Defendants

01-300.WPD