**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MARK BIROSHAK, et al., | : | Civil No. C-1-01-300 |
| | : | Senior Judge Weber |
| Plaintiffs, | : | |
| | : | |
| v. | : | **AGREED ORDER TO EXTEND** |
| | : | **DISPOSITIVE MOTION DATE** |
| CITY OF HAMILTON, et al., | : | **FOR FEDERAL DEFENDANT** |
| | : | |
| Defendants. | : | |

WHEREAS, all parties to this lawsuit are in agreement that the dispositive motion deadline in the lawsuit for the federal defendant be extended to January 20, 2004;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the dispositive motion date in this lawsuit for the federal defendant is extended to January 20, 2004.  All other deadlines in this case shall remain the same.

Done this __8th__ day of January, 2004.


                                    S/Herman J. Weber
                                    HERMAN J. WEBER
                                    Senior United States District Judge

s/Scott T. Greenwood
SCOTT T. GREENWOOD (0042558)
Greenwood & Associates
One Liberty House
P.O. Box 5440
Cincinnati, OH 45254-0400
(513) 943-4200
(513) 943-4800 (Fax)
Counsel for Plaintiff


s/Wilson G. Weisenfelder, Jr.
WILSON G. WEISENFELDER, JR. (0030179)
Rendigs, Fry, Kiely & Dennis, LLP
900 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202-3685
(513) 381-9292
(513) 381-9206 (Fax)
Counsel for City of Hamilton Defendants


s/Gerald F. Kaminski
GERALD F. KAMINSKI (0012532)
Assistant U.S. Attorney
221 East Fourth Street
Suite 400
Cincinnati, OH 45202
(513) 684-3711
(513) 684-6972 (Fax)
Counsel for Federal Defendants