**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MARK BIROSHAK, et al., | : | Civil No. C-1-01-300 |
| | : | Senior Judge Weber |
| Plaintiffs, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| CITY OF HAMILTON, et al., | : | |
| | : | |
| Defendants. | : | |

The parties to this lawsuit have advised the Court that they are presently engaged in meaningful settlement negotiations. In order to afford the parties the opportunity to fully exhaust all possibilities for the resolution of this lawsuit,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that (1) the dispositive motion date for the federal defendants is extended to February 2, 2004 and (2) the parties shall report to the Court no later than February 2, 2004 as to the status of settlement negotiations.

Parties are further advised that Trial in the above styled case is RESCHEDULED to the July 2004 trial term. Counsel shall file their Joint Pretrial Order on or before June 5, 2004.

Done this __22nd__ day of January, 2004.


                                              S/Herman J. Weber
                                              HERMAN J. WEBER
                                              Senior United States District Judge

s/Scott T. Greenwood
SCOTT T. GREENWOOD (0042558)
Greenwood & Associates
One Liberty House
P.O. Box 5440
Cincinnati, OH 45254-0400
(513) 943-4200
(513) 943-4800 (Fax)
Counsel for Plaintiff


s/Wilson G. Weisenfelder, Jr.
WILSON G. WEISENFELDER, JR. (0030179)
Rendigs, Fry, Kiely & Dennis, LLP
900 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202-3685
(513) 381-9292
(513) 381-9206 (Fax)
Counsel for City of Hamilton Defendants


s/Gerald F. Kaminski
GERALD F. KAMINSKI (0012532)
Assistant U.S. Attorney
221 East Fourth Street
Suite 400
Cincinnati, OH 45202
(513) 684-3711
(513) 684-6972 (Fax)
Counsel for Federal Defendants