IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARK BIROSHAK, et al,
    Plaintiff

v                                Civil C-1-01-300

CITY OF HAMILTON, et al

    Defendant.

## ORDER

The Federal Defendants' Motion for Extension of Time to File Summary Judgment Motion (#39) is GRANTED. The Federal Defendants' Dispositive Motion deadline is hereby extended to February 16, 2004.

**IT IS SO ORDERED.**

                                              **s/Herman J. Weber**
                                        Herman J. Weber, Senior Judge
                                          United States District Court

*Rev.5/01*