UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARK BIROSHAK, et al., | : | Civil No. C-1-01-300 |
| | : | Senior Judge Weber |
| Plaintiffs, | : | |
| | : | |
| v. | : | **FEDERAL DEFENDANTS'** |
| | : | **STATUS REPORT AND MOTION** |
| CITY OF HAMILTON, et al., | : | **FOR AN EXTENSION OF TIME** |
| | : | **TO FILE SUMMARY JUDGMENT** |
| Defendants. | : | **MOTION** |

The federal defendants submit the following status report: The settlement proposal submitted by the plaintiffs to the federal defendants is presently being reviewed by the Department of Justice in Washington, D.C. The review process was impacted by the Supreme Court's decision in <u>Grohn v. Ramirez</u>, 2004 WL 330057 (Feb. 24, 2004). It is anticipated that this review process will take another ten to fourteen days. As a result, the federal defendants suggest that the parties report back to the Court no later than March 17, 2004.

Additionally, the federal defendants respectfully move the Court to extend the date for the filing of their dispositive motion to March 17, 2004. Counsel has been unable to reach the other counsel concerning this request.

>Respectfully submitted,
>
>GREGORY G. LOCKHART
>United States Attorney
>
>s/Gerald F. Kaminski
>GERALD F. KAMINSKI (0012532)
>Assistant United States Attorney
>Attorney for Defendant
>221 East Fourth Street, Suite 400
>Cincinnati, Ohio 45202
>(513) 684-3711
>Fax: (513) 684-6972
>Gerald.Kaminski @usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing FEDERAL DEFENDANTS' STATUS REPORT AND MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTION was served on this 1st day of March, 2004, electronically on: Scott T. Greenwood, Esq., and Wilson G. Weisenfelder, Esq.

>s/Gerald F. Kaminski
>GERALD F. KAMINKSI
>Assistant U.S. Attorney

N:\_ECF Workload\GKaminski\BiroshakStatus&Ext.3.wpd