IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARK BIROSHAK, et al | : | CASE NO. C-1-01-300 |
| Plaintiffs | : | (Judge Weber) |
| -vs- | : | **STIPULATION OF PARTIAL DISMISSAL OF DEFENDANTS HAROLD DON GABBARD, BUTLER COUNTY SHERIFF AND BUTLER COUNTY SHERIFF'S DEPUTIES JOHN DOES 11-20** |
| THE CITY OF HAMILTON, et al | : | |
| Defendants | : | |

::: :::: :::

Harold Don Gabbard, Butler County Sheriff and plaintiffs, by and through counsel, agree and stipulate to dismiss all claims, with prejudice, against the following defendants: Harold Don Gabbard, Butler County Sheriff and Butler County Sheriff's Deputies John Does 11-20.

Respectfully submitted,

Signature approved per
email dated 4/15/04
Scott T. Greenwood (0042558)
Attorney for Plaintiffs

Jack C. McGowan (0005619)
Attorney for Defendant Harold
Don Gabbard, Butler County
Sheriff
246 High Street
Hamilton, Ohio 45011
(513)844-2000
(513)868-1190 - Fax

*approved 4/20/04 Weber USDJ*