UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARK BIROSHAK, et al., | : | Civil Action: C-1-01-0300 |
| Plaintiffs, | : | Judge Weber |
| v. | : | **STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS, THE CITY OF HAMILTON, NEIL FERDELMAN, LT. GREGORY DININGER, LT. J. SCOTT SCRMIZZI, LT. MICHAEL LEASE, SGT. STEVEN HENDERSON, DET. JAMES CALHOUN, DET. JAMES SMITH, DET. WILLIAM HENSLEY, DET. RAMON WADE MCQUEEN, DET. STEVEN ROGERS, DET. MICHAEL WALDECK, DET. DAVID WEISSINGER, OFF. LEE BRIAN BUCHANAN, OFF. JEFFREY ECK, OFF. DOMINIC SPINELLI, OFF. ROSS EDWARD SHERMAN, OFF. MELVIN GRAY, AND OFF. PAUL S. DAVIS** |
| THE CITY OF HAMILTON, OHIO, et al., | : | |
| Defendants. | : | |

Plaintiffs' claims against Defendants, The City of Hamilton, Neil Ferdelman, Lt. Gregory Dininger, Lt. J. Scott Scrmizzi, Lt. Michael Lease, Sgt. Steven Henderson, Det. James Calhoun, Det. James Smith, Det. William Hensley, Det. Ramon Wade McQueen, Det. Steven Rogers, Det. Michael Waldeck, Det. David Weissinger, Officer Lee Brian Buchanan, Officer Jeffrey Eck, Officer Dominic Spinelli, Officer Ross Edward Sherman, Officer Melvin Gray, and Officer Paul S. Davis having been resolved may be and are hereby dismissed with prejudice to future action.

*approved*
*H J Weber*
*S J U S DJ*
*7/28/04*

/s/    Scott G. Greenwood        (per e-mail authorization of July 26, 2004)
Scott T. Greenwood    (0042558)
GREENWOOD & ASSOCIATES
One Liberty House
P. O. Box 5440
Cincinnati, OH 45254-0400
(513) 943-4200
(513) 943-4800 - Facsimile
law@scottgreenwood.com
Trial Attorney for Plaintiffs


/s/    Wilson G. Weisenfelder, Jr.
Wilson G. Weisenfelder, Jr. (#0030179)
RENDIGS, FRY, KIELY & DENNIS, LLP
One West Fourth Street, Suite 900
Cincinnati, OH 45202-3688
(513) 381-9292
(513) 381-9206 - Facsimile
wgw@rendigs.com
Trial Attorney for Hamilton Defendants


/s/    Jack C. McGowan        (per telephone authorization of July 26, 2004)
Jack C. McGowan  (0005619)
246 High Street
Hamilton, OH 45011
(513) 844-2000
(513) 868-1190 - Facsimile
Attorney for Defendants, Harold Don Gabbard, Butler County Sheriff and
   Butler County Sheriff's Deputies, John Does 11-20


/s/    Gerald F. Kaminski        (per telephone authorization of July 26, 2004)
Gerald F. Kaminski   (0012532)
Assistant U.S. Attorney
221 East Fourth Street, Suite 400
Cincinnati, OH 45202
(513) 684-3711
(513) 684-6972 - Facsimile
Gerald.Kaminski@usdoj.gov
Attorney for Federal Defendants