**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MARK BIROSHAK, et al., | : | Civil No. 1:01CV300 |
| | : | Senior Judge Weber |
| Plaintiffs, | : | |
| | : | |
| v. | : | **AGREED ORDER DISMISSING** |
| | : | **CLAIMS AGAINST ATF SPECIAL** |
| CITY OF HAMILTON, et al., | : | **AGENT GWEN GREGORY** |
| | : | |
| Defendants. | : | |

Counsel for the Plaintiffs and Counsel for ATF Special Agent Gwen Gregory, a defendant herein, have advised the Court that the parties have agreed to the dismissal of all claims against ATF Special Agent Gwen Gregory asserted in this lawsuit. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to the agreement of the parties, and in conformity with Rule 41(a)(2) of the Federal Rules of Civil Procedure, all claims asserted against ATF Special Agent Gwen Gregory in the lawsuit are dismissed with prejudice.

                                                  S/Herman J. Weber
                                    SENIOR JUDGE HERMAN J. WEBER

```
                                        GREGORY G. LOCKHART
                                        United States Attorney


Per telephone authorization
s/Scott T. Greenwood                    s/Gerald F. Kaminski
SCOTT T. GREENWOOD, ESQ.                GERALD F. KAMINSKI #0012532
#0042558                                Assistant U.S. Attorney
1 Liberty House                         221 East Fourth Street
P.O. Box 54400                          Suite 400
Cincinnati, Ohio 45254-0400             Cincinnati, Ohio 45202
(513) 943-4200                          (513) 684-3711
Counsel for Plaintiffs                  Counsel for Defendant
                                        Gwen Gregory
```