**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MARK BIROSHAK, et al., | : | Civil No. 1:01CV300 |
| | : | Senior Judge Weber |
| Plaintiffs, | : | |
| | : | |
| v. | : | **AGREED ORDER DISMISSING** |
| | : | **INDIVIDUAL CAPACITY CLAIMS** |
| CITY OF HAMILTON, et al., | : | **AGAINST DEA SPECIAL AGENTS** |
| | : | **KENNETH ETCHISON AND GARY** |
| Defendants. | : | **CURRY AND DEA TASK FORCE** |
| | : | **OFFICERS TRENT CHENOWETH,** |
| | : | **LARRY FULTZ, MICHAEL MANN,** |
| | : | **DAN RYAN AND** |
| | : | **CHARLIE STIEGELMEYER** |

Counsel for the Plaintiffs and Counsel for DEA Special Agents Kenneth Etchison and Gary Curry and DEA Task Force Officers Trent Chenoweth, Larry Fultz, Michael Mann, Dan Ryan and Charlie Stiegelmeyer, have advised the Court that the parties have agreed to the dismissal of the individual capacity claims against DEA Special Agents Kenneth Etchison and Gary Curry and DEA Task Force Officers Trent Chenoweth, Larry Fultz, Michael Mann, Dan Ryan and Charlie Stiegelmeyer.  Accordingly,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that, pursuant to the agreement of the parties, and in conformity with Rule 41(a)(2) of the Federal Rules of Civil Procedure, all individual capacity claims against DEA Special Agents Kenneth Etchison and Gary Curry and DEA Task Force Officers Trent Chenoweth, Larry

Fultz, Michael Mann, Dan Ryan and Charlie Stiegelmeyer are

dismissed with prejudice.


                                        S/Herman J. Weber
                                 SENIOR JUDGE HERMAN J. WEBER




                                 GREGORY G. LOCKHART
                                 United States Attorney


Per telephone authorization
s/Scott T. Greenwood               s/Gerald F. Kaminski
SCOTT T. GREENWOOD, ESQ.      GERALD F. KAMINSKI #0012532
#0042558                             Assistant U.S. Attorney
1 Liberty House                  221 East Fourth Street
P.O. Box 54400                   Suite 400
Cincinnati, Ohio 45254-0400   Cincinnati, Ohio 45202
(513) 943-4200                   (513) 684-3711
Counsel for Plaintiffs         Counsel for Defendants
                                       Etchison, Curry, Chenoweth,
                                       Fultz, Mann, Ryan and
                                       Stiegelmeyer