**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MARK BIROSHAK, et al., | : | Civil No. 1:01CV300 |
| | : | Senior Judge Weber |
| Plaintiffs, | : | |
| | : | **AGREED ORDER SUBSTITUTING** |
| | : | **THE UNITED STATES AS THE** |
| v. | : | **PROPER PARTY DEFENDANT WITH** |
| | : | **RESPECT TO OFFICIAL CAPACITY** |
| CITY OF HAMILTON, et al., | : | **CLAIMS AGAINST DEA SPECIAL** |
| | : | **AGENTS KENNETH ETCHISON AND** |
| Defendants. | : | **GARY CURRY AND DEA TASK FORCE** |
| | : | **OFFICERS TRENT CHENOWETH,** |
| | : | **LARRY FULTZ, MICHAEL MANN,** |
| | : | **DAN RYAN AND** |
| | : | **CHARLIE STIEGELMEYER** |

Counsel for the Plaintiffs and Counsel for DEA Special Agents Kenneth Etchison and Gary Curry and DEA Task Force Officers Trent Chenoweth, Larry Fultz, Michael Mann, Dan Ryan and Charlie Stiegelmeyer, have advised the Court that they have agreed that the United States of America is to be substituted as the proper party defendant with respect to the official claims asserted against DEA Special Agents Kenneth Etchison and Gary Curry and DEA Task Force Officers Trent Chenoweth, Larry Fultz, Michael Mann, Dan Ryan and Charlie Stiegelmeyer.  Accordingly,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that pursuant to the agreement of the parties, and in conformity principles set forth in Dugan v. Rank, 372 U.S. 609, 620 (1963) and Land v. Dollar, 330 U.S. 731, 638 (1947) and the requirements of 28 U.S.C. §2679(b)(1), the United States of America is substituted

as the proper party defendant with respect to the official capacity claims asserted against DEA Special Agents Kenneth Etchison and Gary Curry and DEA Task Force Officers Trent Chenoweth, Larry Fultz, Michael Mann, Dan Ryan and Charlie Stiegelmeyer.

        S/Herman J. Weber
        SENIOR JUDGE HERMAN J. WEBER

GREGORY G. LOCKHART
United States Attorney

Per telephone authorization
s/Scott T. Greenwood
SCOTT T. GREENWOOD, ESQ.
#0042558
1 Liberty House
P.O. Box 54400
Cincinnati, Ohio 45254-0400
(513) 943-4200
Counsel for Plaintiffs

s/Gerald F. Kaminski
GERALD F. KAMINSKI #0012532
Assistant U.S. Attorney
221 East Fourth Street
Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Counsel for Defendants
Etchison, Curry, Chenoweth,
Fultz, Mann, Ryan and
Stiegelmeyer