**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MARK BIROSHAK, et al., | : | Civil No. 1:01CV300 |
| | : | Senior Judge Weber |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | **DISMISSAL ORDER** |
| CITY OF HAMILTON, et al., | : | |
| | : | |
| Defendants. | : | |

Counsel for the Plaintiffs and Counsel for Defendant United States of America have advised the Court that the claims asserted against the United States in this lawsuit have been settled.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the claims against the United States in this lawsuit are dismissed. However, in the exercise of the Court's supervisory jurisdiction over the settlement, the Plaintiffs shall be permitted to re-open this lawsuit in the event that the terms of the settlement are not fully effectuated within 90 days of the entry of this order.

                                                  S/Herman J. Weber
                                     SENIOR JUDGE HERMAN J. WEBER

```
                                        GREGORY G. LOCKHART
                                        United States Attorney


Per telephone authorization
s/Scott T. Greenwood                    s/Gerald F. Kaminski
SCOTT T. GREENWOOD, ESQ.                GERALD F. KAMINSKI #0012532
#0042558                                Assistant U.S. Attorney
1 Liberty House                         221 East Fourth Street
P.O. Box 54400                          Suite 400
Cincinnati, Ohio 45254-0400             Cincinnati, Ohio 45202
(513) 943-4200                          (513) 684-3711
Counsel for Plaintiffs                  Counsel for Defendant
                                        United States of America
```